```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
GEOGRAPHIC LOCATION INNOVATIONS LLC,      :
                                          :
                      Plaintiff,          :
           -v-                            :   21cv8605(DLC)
                                          :
NEW DEAL LLC,                             :   ORDER
                                          :
                      Defendant.          :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, an Order of Discontinuance was entered on January 3, 2022. It is hereby

ORDERED that the initial pretrial conference scheduled for January 13, 2022 at 2:00 pm is cancelled.

Dated:   New York, New York
         January 10, 2022

                                   _____
                                           DENISE COTE
                                   United States District Judge